IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PRIME FABRICATION, INC., <br> A Nebraska Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL SYSTEMS INTEGRATOR, <br> INC., a Nebraska Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 8:11cv108 <br><br><br><br> **ORDER** |

Upon notice of settlement given to the magistrate judge by Dennis Thomte, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **June 13, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Senior District Judge Lyle E. Strom at Strom@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. Pending deadlines are cancelled and pending motions are denied as moot.

Dated this 12th day of May 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge