IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
PRIME FABRICATION, INC., a     )
Nebraska corporation,          )
                               )
          Plaintiff,           )        8:11CV108
                               )
     v.                        )
                               )
NATIONAL SYSTEMS INTEGRATOR,   )        ORDER
INC., a Nebraska corporation,  )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the joint dismissal with prejudice (Filing No. 20). Pursuant thereto,

IT IS ORDERED the complaint and the counterclaim are dismissed with prejudice.

DATED this 19th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court